```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
SINOPE SHIPPING CO. LTD.,                    08 Civ. 8999 (DC)

                    Plaintiff,
                                             ORDER
        -against-

INDUSTRIAL CARRIERS INC. a/k/a ICI,
WEAVER INVESTMENTS INC., SELENE
SHIPMANAGEMENT SA, AUSTER MARINE CO.
and DIAMANT CO. LTD.,

                    Defendants.
-----------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/20/09

For the reasons stated on the record on May 19, 2009, the claims against defendant Weaver Investments Inc. are dismissed and the order of attachment entered in this case is vacated as to Weaver Investments Inc.

SO ORDERED:

_____
Hon. Denny Chin
U.S. District Judge

5/20/09