UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x

SINOPE SHIPPING CO., :

        Plaintiff, :

- against - :

INDUSTRIAL CARRIERS INC., :

        Defendant. :

- - - - - - - - - - - - - - - - -x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/28/09

**ORDER TO SHOW CAUSE**

08 Civ. 8999 (DC)

**CHIN, District Judge**

    In light of the Second Circuit's recent decision in Shipping Co. v. Jaldhi Overseas PTE LTD, Nos. 08 Civ. 3477, 08 Civ. 3578 (2d Cir. Oct. 16, 2009), IT IS HEREBY ORDERED that plaintiff show cause in writing within seven days why:

    (1) the Order in this case authorizing the process of maritime attachment and garnishment should not be vacated; and

    (2) the complaint should not be dismissed.

    SO ORDERED.

Dated:   New York, New York
       October 28, 2009

                            DENNY CHIN
                            United States District Judge