*Duplicate Original "So Ordered" Stipulation Withdrawing Appeal*

*08-cv-8999 (DC)*

## UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

---------------------------------------------------X

SINOPE SHIPPING CO. LTD.,

      Plaintiff-Appellant,

      -v-

INDUSTRIAL CARRIERS INC. a/k/a
WEAVER INVESTMENTS INC.,
SELENE SHIPMANAGEMENT SA,
AUSTER MARINE CO. and
DIAMANT CO. LTD.,

      Defendants-Appellees.

---------------------------------------------------X

Docket No. 09-2838-cv

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 0 3 2009

RECEIVED 2009 OCT -1 PM 1:26 U.S. COURT OF APPEALS SECOND CIRCUIT

### WITHDRAWAL OF MOTION FOR STAY PENDING APPEAL AND STIPULATION OF WITHDRAWAL OF APPEAL  *See page two*

The undersigned counsel for the Appellant, SINOPE SHIPPING CO. LTD. (hereinafter "Appellant"), hereby withdraws its Motion for Stay Pending Appeal in the above-captioned appeal without costs and without attorneys' fees.

LENNON, MUPRHY & LENNON, LLC
Attorneys for Plaintiff-Appellant
SINOPE SHIPPING CO. LTD.

By: _____
Kevin J. Lennon (KL-5072)
420 Lexington Avenue, Suite 300
New York, NY 10170
Phone /Fax: (212) 490-6050 / 6070
Email: kjl@lenmur.com

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk
by_____
DEPUTY CLERK

1

Certified: 11/2/09

The undersigned counsel for the Appellant and Appellee, WEAVER INVESTMENTS INC. (hereinafter "Appellee"), hereby stipulate that the above-captioned appeal is hereby withdrawn without costs and without attorneys' fees pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure.

The undersigned counsel for the Appellant and Appellee further stipulate that a signature on this document by facsimile shall be sufficient as an original.

| | |
|---|---|
| LENNON, MUPRHY & LENNON, LLC<br>Attorneys for Plaintiff-Appellant<br>SINOPE SHIPPING CO. LTD. | MAHONEY & KEANE, LLP<br>Attorneys for Defendant-Appellee<br>WEAVER INVESTMENTS INC. |
| By: _____<br>Kevin J. Lennon, Esq.<br>420 Lexington Avenue, Suite 300<br>New York, NY 10170<br>Phone /Fax: (212) 490-6050 / 6070<br>Email: kjl@lenmur.com | By: _____<br>Garth S. Wolfson, Esq.<br>11 Hanover Square, 10th Floor<br>New York, NY 10005<br>Phone / Fax: (212) 385-1422 /1605<br>Email: gwolfson@mahoneykeane.com |

SO ORDERED

FOR THE COURT
Catherine O'Hagan Wolfe, Clerk of Court
By _____
Stanley A. Bass, Staff Counsel

Oct. 9, 2009

2